## First Department, July, 1936.

### (July 3, 1936.)

Lawyers Trust Company, as Successor to and Substituted as Plaintiff for The Continental Bank and Trust Company of New York, as Trustee, etc., Respondent, v. 502 Park Avenue Corporation and Others, Defendants. Samuel Hoffman, Appellant.

Per Curiam. We have examined the record on appeal in the cause called to our attention in which an allowance was awarded to counsel for services, alleged to have been similarly rendered to persons interested, as those contested here, and find no question raised as to the propriety or amount of such award by any persons interested in the fund out of which payment was directed to be made. Hence we may not regard such direction for compensation as a judicial precedent controlling in actions where the parties are not in agreement and do not by complaisance and non-resistance waive objection or dissent. We think too that the present application is not based on services of a similar nature to those rendered in the other cause and that accordingly we may not regard the cited authority as authorizing an award here.

The motion to reargue or for leave to appeal to the Court of Appeals should be denied.

Sunshine Farms, Inc., Respondent, Appellant, v. Peter G. Ten Eyck, as Commissioner of Agriculture and Markets of the State of New York, and Another, Appellants, Respondents.— Order appealed from by the defendants unanimously reversed, with twenty dollars costs and disbursements to the defendants, and motion denied, for the reasons stated in Dairy Sealed, Inc., v. Ten Eyck [ante, p. 352], decided herewith, and appeal by plaintiff from said order dismissed. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

Ruth A. Sheehy, on Behalf of Herself and All Other Residents and Milk Consumers in the Metropolitan Area Consisting of the City of New York and Counties of Westchester, Rockland, Nassau and Suffolk, in the State of New York, Respondent, Appellant, v. Peter G. Ten Eyck, Commissioner of Agriculture and Markets of the State of New York, and Another, Appellants, Respondents.— Order appealed from by the defendants unanimously reversed, with twenty dollars costs and disbursements to the defendants, and motion denied, for the reasons stated in Dairy Sealed, Inc., v. Ten Eyck [ante, p. 352], decided herewith, and appeal by plaintiff from said order dismissed. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.